JH

In the United States District Court

For the District of Rhode Island
(Form mailed January 6, 2008)

Angel L. Navarro

Enter above the full name of the plaintiff in this action.

v.

Civil Action No. ____________

CA 08 012 ML

A.T. WALL Director
Warden weeden
Also 8 staff of the prison.

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☑

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

Defendants: ____________

2. Court (if federal court, name the district; if state court, name the county):

____________

3. Docket number: ____________________

4. Name of judge to whom case was assigned: ____________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

____________________

6. Approximate date of filing law suit: ____________________

7. Approximate date of disposition: ____________________

II. Place of Present Confinement: High Security Center.

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☑ No ☐

B. If your answer is YES:

1. What steps did you take? I put four request for a grievance to the L.T., the Captain, Deputy warden, and the warden.

2. What was the result? I didn't get no answer from none of them I also wrote a few letters.

C. If your answer is NO, explain why not: ____________________

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Angel L. Navarro

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant A.T. WALL is employed as Director at A.C.I

C. Additional Defendants: Warden Weeden
① Captain from Max, a L.T. from Max, two C/os from Max, one investigator from Max.
Two C/os from Intake, and one Psychiatrist from Intake.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.) On November 26 2004, an F.B.I female Agent and a prosecutor when to see me at max, cause I was a star witness against a sheriff. We were just talking about the trial, that it was going to be on march, 2005. The two C/os that work regulerly first shift started to tell the inmates that I was an FBI informer, and they put my life in danger cause theres a lots of gangs there and those gangs, they got friends in Federal prisons. Those C/os they were working at that time on P-2. I also attach a few pages to explain briefly what happen and what they did to me.

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.) I'm entitle for compensatory damages and punitive damages. I also will like to be compensated for all the costs of this lawsuit. And I want the C/os to stop putting inmates life in danger. Cause what they did to me is not right at all, they had kill my reputation and now the gangs members still want to hurt me, I also will like to be put in protective custody please. Cause I still fear for my life.

Thank you very much.

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this Angel L. Navarro day of January 6, 2008.

Angel L. Navarro #82985

Signature of plaintiff

H.S.C. P.O. Box 8200
Cranston RI 02920
C-Mod cell#2

Complete address of plaintiff

CA 08 012 ML

On November 26, 2004 I was transfer from Intake-Center, to Max Security. That same morning a female F.B.I Agent and a prosecutor when to see me. I was a star witness against a sheriff, and they told me we were going to court soon for trial. After they left, I went back to my block P-2, at 1:00 pm I came out for reck, I saw a few Inmates at a table, and I got close to see the chess game. One of the Inmates look right at me, and he told me their saying you are an F.B.I informer, and I answer I don't care what their saying, and he said me neither cause it came from the mouth of a c/o. After that another Inmate approach me in the shower, and told me in spanish the c/o is saying you are a F.B.I, informer and a state police informer. I ask him which c/o is saying that and he said the one with the white hair and he said his last name.

On march, 2005 I went to the United States District Court, and I testified against the sheriff. On April 1, 2005 it was a Friday, everybody were acting indifferent with me, one inmate look at my I.D. and left. Saturday April 2, 2005 I was playing cards, one inmate told me watch your back cause the guy that you are playing with is a traidor. As soon as the doors opened I when to my cell, on April 3, 2005 Sunday, I didn't go to breakfast after they call recreation, I was in my cell the c/o ~~went~~ went and said something to me and he pass again and told me something else and left, then I told him I went to see the nurse.

I went to see the nurse cause I had pain in my stomach and I was bleeding from behind. I went to R.I hospital in the morning, when I came back at second shift I spoke to the Captain and I told him to put me in protective custody cause I fear for my life. I explain to him the situation and I gave him the guys name that are trying to hurt me. He put me in segregation, but when I got to segregation the same C/os that were spreading to the inmates that I was a F.B.I informer, were working second shift in segregation. I was changing my jumpsuit and the C/o with the white hair told the other C/o you see what we started, at that moment I got really scare cause the Inmates that were there, used to be in P-2. They place me in the third tier and as soonest the C/o went down he started talking to the Inmates and as soonest he left the inmates started to yell, and saying my name. We get him in the morning we all come out together for shower, I was afraid. A c/o came from the visiting room and brought my wedding ring which my wife had brought me, I got sad cause I couldn't see her, I was saying to my self how can the c/os put someone in danger, just cause I spoke with the F.B.I and a prosecutor and I started to cry. I knew if I stood in segregation I was going to get hurt. When the C/o came back he saw me crying and I told him I wasn't feeling good and he send the nurse and I told her I was hearing voices. She ask me what their saying and I said to kill my self. I knew if I said that they send me to Intake hospital, like that I'll be safe. And she send me to Intake Center that same night.

As I was being escorted through the real hall the C/os started to yell like chickens, but I didn't pay no mind. I got to Intake Center, and they put me in back, of the hospital, they took my clothes and left me completely naked, just with a blanket, the cell was dirty, no mattress. When the psychiatrist, I explain to him why I told the nurse that, cause if I stay over max I was going to be hurt. But instead of helping me I send me back to the cell and he ordered the nurse to give me medication. The investigator came from max and I explain to him what had happen and I also told him that the C/os were saying that I was an F.B.I informer, just cause I went to court and testified against a sheriff. He ask me which sheriff and I answer "Chuck" and I told him please tell the C/os to give me a shower but he didn't pay no mind. The C/o escorted me back to my cell and he told me, you testified against the wrong sheriff, at that moment I got more scare. Even I ask the doctor to tell them to give me a shower but, I didn't get no showers, no toothpaste, no soap no nothing the same cell all dirty for 13 days straight. The month before I saw a doctor cause I had a rash around my groin, and because they left me all that time without a shower or able to clean my self. I caught a bad infection around my groin area, it lasted 5 month or more. Above all that they send me back to max on the 16 of April, and two gang members try to cut me. I told the nurse on second shift and she call the L.T. he brought a black book, I point the guy out and he sent me back to Intake the same night, but he didn't check the camara or nothing, even after I explain what had happen I gave him the names and he didn't put them as my enemies.

While I was in Intake my mother call my attorney, and he came and spoke to me, and he told me what kind of pill they're giving you and I told him. Then my mother sent a Lady from "Family Affairs" to speak to me, Ms. Silvia and she told me, you were going to kill your self, and I told her, I said that so I could get out of max, cause the inmates were going to hurt me, and she spoke to the Deputy in Intake and they transfer me to High Security. I Kept asking for my property, cause I had a cream for my rash in my property; But I couldn't take it no more and I told the nurse that I had a bad infection, and it was smelling really bad and she told me to show it to her and when I did she said you need to see the doctor. And the doctor prescribe a cream, but the rash was really strong and he had to prescribe me a stronger cream. And that infection lasted me 5 months or more and I know that I am entitle to compensatory damages, and punitive damages. Thank you for taking your time to read this.

Sincerelly
Angel L. Navarro

First Claim

① The two C/os that were working on April 3, 2005 in segregation over Max security violated my First Amendment rights Freedom of speech, just because I spoke to an F.B.I Agent and a prosecutor, I can speak to whoever I want. My right is protected by the Constitution.
② The two C/os from Intake Center that work the first shift the regular ones also violated my First Amendment right. One of them told me that I testified against the wrong sheriff. I have a right plus I was a star witness and I had to testified but if I knew that I was going to get in so much trouble. I probably wouldn't went to testified. But my right of speech is protected and so I did testified. I am entitled to relief.

Second Claim

The following staff violated my Eighth Amendment rights.
① The two C/os from Max cause they labeled me as a F.B.I informer, putting my life in danger or even death, they knew what they were doing; They didn't told one inmate but to a few and they spreaded around knowing I could off got my face cut or maybe stab in the back. Because of all that I had suffered psychological injury due to fear of harm, to which the C/os deliberately exposed me to risk of harm at hands of other Inmates. Now I got a high blood pressure problem.

② Also the two C/os from Intake Center that work in the hospital at first shift violated my Eighth Amendment rights. Because when he told me you testified against the wrong sheriff, they didn't give me no showers, nothing to clean my body with, and they were telling the inmates,

that I was a Snitch, and because of that I caught a bad infection they acted with malice.

③ The psychiatrist, also violated my Eighth Amendment rights cause he is a doctor and he knows that if a human being stay a lots of days without shower and without nothing to clean his body he can get sick or catch any disease. Cause I ask him for a shower or to please talk to the c/os so I can get a shower but instead I got an infection. I was not even on discipline I just wanted some protection.

④ The investigator also violated my Eighth Amendment rights cause I explain to him the situation, he could off stop them from sending me back to max, cause the inmates are not going to admit that they want to hurt someone. Cause everybody that I spoke in prison is innocent, so they're not going to admit anything. I also ask him to tell the c/os to give me a shower but nothing happen - I'm entitled to relief

Third Claim

The following staff violated my Fourteenth Amendment rights.

① The two c/os from max
② The L.T. from max
③ The Captain from max
④ The investigator from max
⑤ The two c/os from Intake Center
⑥ The psychiatrist from Intake.

I got a equal protection right, I have the right to be protected, especially if the c/os are saying that I am a F.B.I informer, and the Inmates want to hurt me. I'm entitled to relief.