CA 08-12 ML

1/29/2008

I Angel L. Navarro, declare that this statement is true. I have served the following defendants. ASHBEL. T. WALL. II, director of the A.C.I. James Weeden, warden of Maximum and High Security. Dr. Martin BAUERMEISTER psychiatrist of Intake Service Center. I served all these defendants, each one with a copy of "Notice AND ACKNOWLEDGMENT, For service by mail" also I served each one of them with 2 copies of "Notice ~~And~~ of Lawsuit AND REQUEST For waiver of service of Summons." On this day 29, of February, 2008. Please forgive my english, It will get better in time.

Respectfully

Angel L Navarro #82985

H.S.C. P.O. Box 8200

Cranston, RI 02920.