Dear: Sir Mann C.A. 08-012 2/03/08

The reason for this letter is to ask you to please, forgive me, cause I made a mistake in the statement that I sent you. Yes everything I wrote in the statement is true, but instead of putting January 29, 2008, I put February 29, 2008, and the defendants that I served I put February 29, 2008. Can you please help me with that I really will appriciated, next time I will put more attention in what I'm doing.

Thank you
Respectfully
Angel L. Navarro #82985
C.A. No. 08-012 ML
H.S.C. P.O. Box 8200
Cranston, RI 02920

RECEIVED
FEB 06 2008
Property of U.S. District Court
District of Rhode Island

CA 08-012 ML 2/03/08

I Angel L. Navarro declare that everything I had wrote here is the truth. I had served Mr. CABRAL of the Special Investigation unit, with two copies of "Notice of Lawsuit And Request For waiver OF service of summons" and also with a copy of "Notice And ACKNOWLEDGMENT For service by MAIL" on February 03, 2008. I also served Mr. DiNONATTO a correction officer over maximum security with the same copies on the above date.

RECEIVED

FEB 06 2008

Property of U.S. District Court
District of Rhode Island

Respectfully
Angel L. Navarro #82985
C.A. 08-012 ML
H.S.C. P.O. Box 8200
Cranston RI 02920