David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

TO: Angel Navarro DATE: February 13, 2008

RE: Angel Navarro v. Ashbel T. Wall, II, et al
CA 08-12ML

Dear Mr. Navarro:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you are required to effect service on the named defendant(s). Service upon defendants who are employees of the Adult Correctional Institution (ACI) can be accomplished by mailing, **via interdepartmental mail**, a copy of the Complaint along with the attached forms.

The first form is the "Notice of Lawsuit and Request for Waiver of Service of Summons" and the second form is titled "Waiver of Service of Summons". You should complete one copy of the "Notice of Lawsuit" form and two copies of the "Waiver of Service" form for each defendant. Once you have completed the forms, then mail, via interdepartmental mail, a copy of the Complaint and the above mentioned forms to each defendant.

If a defendant returns to you a "Waiver of Service" form, you do not need to do anything else to effect service. The defendant will have 60 days from the date you sent the forms to file their answer to your complaint. You **must** file with the Court all "Waiver of Service" forms you receive from the defendant(s).

If the defendant(s) is not employed by the ACI, or does not accept service in the manner set forth above, you are required to effect service by other means pursuant to Rule 4 of the Federal Rules of Civil Procedure.

DAVID A. DIMARZIO
Clerk of Court

By____________________________
Deputy Clerk