Dear. Mr. Jacob Hagopian 3/30/08

I hope when you receive this letter, you be in the best of health with your family and co-workers. The reason for this letter is to inform you, that I did served 5 defendants through Interdepartmental mail, but none of the defendants respond, It has being more than 60 days, and I want to ask you, If you can grant me a forma pauperis, so the court can serve the defendants through the sheriff. Cause I couldn't serve the other 5 defendants, cause I didn't had their names. Mr. Jacob, can you please help me, I don't know much about the law, but I know this people, violated my rights as a human and my rights as a citizen, and their still are violating my rights. Please I want this people to be serve correctly cause, I try and I know they got my complaint cause I overheard a c/o speaking. Mr. Jacob you are the only one who can help me now, I will wait for your answer. Thank you very much.

Respectfully
Angel L. Navarro #82985
H.S.C. p.o. Box 8200
Cranston, RI 02920
C.A. No. 08-012 ML.

FILED