Plantiffs objection to Defendants Dismissal.

I want to tell this Honorable Court, the reason why I didn't put the 8 "John Does" staff names. Cause I don't know their names, but I know who they are. "A motion to dismiss the complaint must be construed in the light most favorable to the plaintiff and its allegations taken as true. See Rosen V. CHANG (Cite as: 758 F. Supp. 799 (D.R.I. 1991)

I also will like to tell this Honorable Court that I got facts, I can prove how the psychiatrist "John Doe ⑥" and the C/os "John Doe ④ and John Doe ⑤" were deliberate indifference. They deny me showers, even know I wasn't in discipline, or acting bad or complaning, they even said that I was quiet and I didn't had abnormal behavior. I got the exhibits, please see exhibits 3 to 7" and you can see how my behavior was good, but why they treat me like that, because of that I was injure, with a bad infection. "Regardless of how evidenced, deliberate indifference to a prisoners serious illness or injury states a cause of action under 1983" ESTELLE V. GAMBLE 429 U.S. 97, 50 L.Ed. 2d 251)

And also exhibits Ⓐ to Ⓗ you can see the medication they gave me for the infection and my high blood pressure problem, and psychiatry medication.

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the Unite States or other person within, the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution, and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress." Bivens V Six Unknown Named Agents of Federal Bureau of Narcotics 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619.

"A prison official may be held liable under the Eighth Amendment for acting with "deliberate indifference" to inmate health or safety only if he knows that inmates face a substantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it." Farmer V Breman (cite as: 511 U.S. 825 114 S. Ct. 1970)

Summary judgment is appropriate when there is no genuine issue of material fact that would allow reasonable jury to find in favor of nonmovant. MILLER V. SCHOENEN (cite as: 75 F. 3d 1305 (8th Cir 1996)

"to prevail on an Eighth Amendment claim "a prisoner is not required to show that he was literally ignored." Sherrod V. Lingle, 223 F.3d 605, 611 (7th Cir 2000)

Petitioner may establish respondent's awereness by reliance on any relevant evidence. Farmer v. Brennan (cite as: 511 U.S. 825, 114 S.Ct. 1970)

Also I have request slips asking for grievances form, I never intended to by pass administrative remedies that are available to me. But I want this Honorable Court to know that my request were never answer and no one came to speak to me. I followed the instructions that are in the Rule book of High Security but I didn't get no help. I put the request slips to four different people but none of them answer me.

"Complaint may be dismissed for failure to state claim only if court finds that it appears beyond doubt that plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Davis V. Goord (cite as: 320 F.3d 346)

"Prisoner has constitutional right to be reasonably protected from constant threat of violence and sexual assault by fellow inmates and need not wait until he is actually assaulted to obtain relief." Woodhous V. Commonwealth of Virginia C.A. 4 1973 (cite as: 487 F.2d 889)

It was clearly established in January 1998 that alleged actions of Corrections officer in labeling prison inmate as a "Snitch" and communicating this information to other inmates despite officer's awareness of obvious danger associated with such a reputation, violated inmate's Eighth Amendment rights, and thus, officer was not entitled to qualified immunity in inmate's Bivens action." Benefield v. McDowall (cite as: 241 F.3d 1267)

R.I. Gen. Laws 13-2-21 provided that:
"The warden of the adult correctional institutions shall receive into his custody and safely keep in said institutions every person who shall be Committed thereto until he shall be legally discharged. ....." CLARK V. TAYLOR cite as: 710 F.2d 4, 1983 U.S. App. LEXIS 26619, 36 Fed. R. Serv. 2d (Callaghan) 1202.

"Prison officials must provide humane conditions of Confinement they must ensure that inmates receive adequate food, clothing, shelter, and medical care, and must take reasonable measure to ensure the safety of the inmates." Gates v. Cook (cite as: 376 F.3d 323)

I want compensatory damages and punitive damages I am entitle to relief.

Respectfully
Angel L Navarro.