4/15/08

I Angel L. Navarro declare that everything written here is true. I want to tell this Honorable Court that the reason I didn't mention the defendants names is cause I don't know their names. Even after the inmate mention the c/o John Doe ① last name, I couldn't spell or pronounced his name. If I get the discovery I can show you how each one of the defendants violated my rights. I can prove how the two c/os John Doe ④ and John Doe ⑤ violated my rights and how they deny me showers.

"Directing District Court to allow discovery of documents such as duty rosters and personal records so the plaintiff can identify the officels who beat him up." Murphy v. KELLY (950 F.2d 290, 293 (5th Circuit 1992)

"Copies or descriptions of old document, data collections, and tangible things relevant to the disputed facts alleged with particularity" Oppengeiner Form inc. v. Saders 437 U.S. at 340, 351 98 S Ct. 2380.

"If party opposing a motion for summary judgment files affidavit stating that he or she unable to present facts essential to justify the opposition, the district court may permit further discovery so that the opposing party

can adequately oppose the motion for summary judgment; however, it is up to the party opposing the motion to state why more discovery is needed in the affidavit"

"District Court could not decline to consider state prison official's motion for summary judgment on the merits, based upon qualified immunity defence to former prisoner's 1983 action against officials for deliberate indifference to serious medical needs in violation of the Eighth Amendment, where prisoner failed to submit affidavit in response to officials motion explaining why he needed further discovery to adequately oppose summary judgment" Wallin V. Norman (cite as: 317 F.3d 558)

I need the discovery so I can identify each defendant, and to prove how each one of them deprive me of my rights - They humiliated me and they cause me pain, psysical and mentally.

#82985

Respectfully
Angel L. Navarro
C.A. No. 08-012ML