# Rule 15

4/15/08

Federal Rules of Civil Procedure, provides a mechanism for amending the complaint after it has been filed.

I want to ask permission from this Honorable Court to amend my complaint, the only thing I added was John Doe" and I made it short and understandable easy to read. And also I am explaining why I'm suing the defendants. I will like for this Honorable Court to grant me permission to amend my complaint. Thank you very much.

Respectfully #32985
Angel L. Navarro
C.A. 08-012 ML

 C.A. No. 08-012ML

Angel L. Navarro

V

A. T. WALL, James Weeden, John Doe(1), John Doe(2), John Doe(3), John Doe(4), John Doe(5), John Doe(6), John Doe(7) and John Doe(8), from Deparment of Corrections

On November 26, 2004 at Max, an F.B.I. Agent and a prosecutor came to speak to me, cause I was a star witness against a sheriff. That same day the C/os "John Doe① and John Doe② from P2, that work regular morning shifts started to spread to the inmates that I was an F.B.I informer, putting my life in danger for no reason.

On March, 2005 I testified against the sheriff in the United States District Court. The inmates at Max were trying to find a way to harm me. On April 3, 2005, I told the captain "John Doe③ from second shift to put me in protective custody cause I fear for my life, and I gave him some name. He put me in segregation, and the two C/os John Doe① and John Doe② were working at segregation, when I was changing the C/o John Doe① told John Doe② you see what we started, and I got really scare.

The C/o "John Doe①" place me on the third tier, he then went down spoke to the other inmates, as soonest he left the inmates started to yell, and mentioning my name and they said we get him in the morning. The C/o John Doe① came back and he saw me crying, I told him I wasn't feeling good and the nurse "John Doe" came and I told her that I was hearing voices and that the voices were telling me to kill my self, I knew if I said that they send me to Intake hospital and I'll be safe.

That same night they sent me to Intake Center hospital, they put me in a cell that was dirty, without mattress naked, just with a blanket. When the psychistrist "John Doe ⑥" came I explain to him why I told the nurse that, cause if I stay over Max, I was going to be hurt. But instead of helping me, he sent me back to the cell, and ordered the nurse to give me medication

When the investigator "John Doe ⑦" came from Max, I explain to him what had happen, and I told him the c/os John Doe ① and John Doe ② from Max, were saying that I was an F.B.I. informer, just cause I went to court and testified against a sheriff. He ask me which sheriff and I said "Chuck" and I told him please tell the c/os "John Doe ④ and John Doe ⑤ that work reguler morning shifts at psy/unit to give me a shower, but he didn't pay no mind. The c/o John Doe ④ escorted me back to my cell and he told me you testified against the wrong sheriff, at that moment I got more scare.

I even ask the doctor "John Doe ⑥ to tell the c/os John Doe ④ and John Doe ⑤ to please give me a shower. But I didn't get no shower, no toothpaste, no soap the same dirty cell, for 13 days straight without a shower naked. The month before I saw a doctor at Max for a rash that I caught and he gave me a cream for it. But because I didn't get no showers or I couldn't clean my body I caught a bad infection around my groin area that lasted 5 months or more. Also John Doe ④ and John Doe ⑤ told the inmates that work for them that I was a "Snitch".

Above all that after I spoke to the investigator John Doe ⑦ they sent me back to Max on April 16, 2005. Two inmates from a gang try to cut me I told the nurse "John Doe" on second shift, she call the L.T. "John Doe ⑧" and he brought a black book, I point out the guy and he sent me back to Intake, the same night. But he didn't check the camera or nothing after I explain to him what had happen and gave him some names he didn't put them as my enemies.

My mother had to sent someone from "Family Affairs" to intervene for me, as soonest "Ms. Silvia" spoke to the Deputy at Intake they took me out of psy/unit and they sent me to High Security. At High Security I had to see a doctor cause I had a bad infection on my groin area, and a bad smell used too come out. I wrote the same complaint, I made it short and clear the only thing I added was "John Does"

All these staff's numbered here violated my Constitutional rights, and I am entitled to relief, I want Compensatory damages and punitive damages. I Angel L. Navarro declare to this Honorable Court that everything written in this complaint is true.

Respectfully #82985.
Angel L. Navarro.

C.A. No.

Angel L. Navarro
V.
A.T. WALL JAMES WEEDEN
John Doe①, John Doe②, John Doe③,
John Doe④, John Doe⑤, John Doe⑥,
John Doe⑦, and John Doe⑧ of the
Department of Corrections.

I am suing officers "John Doe① and John Doe② from Max for being deliberately indifferent with me, they label me as an F.B.I informer and a state police informer, putting my life in danger. "Standard under which a prison official's deliberate indifference to a substantial risk of serious harm to an inmate violates Eighth Amendment has a subjective component, and a prison official who knows of and disregards an excessive risk to inmate health or safety is diliberately indifferent for these purposes. Benefield V. McDowell (cite as: 241 F.3d 1267)

The Captain "John Doe③" from Max is being sued for these. When I told "John Doe③" to put me in protective custody he put me in segregation, where the gangs members were. instead he should off place me in protective custody. I have a right to be protected.

The two C/os "John Doe④ and John Doe⑤ from Intake Center that work behind the hospital on morning shifts psy unit are being sued for these reason.

The two c/os "John Doe ④ and John Doe ⑤ are being sued cause they were deliberate indifference. When I spoke with the investigator "John Doe ⑦" John Doe ④ escorted me back to the cell he told me you testified against the wrong sheriff. After that I didn't get a shower or nothing to clean my body with. You can see in the "exhibits 3 to 7" that I didn't had no abnormal behavior, you also can see that I was quiet not complaining, you can see that they observe me every day, and I was not even in discipline. They knew I need it a shower and I need it to clean the room. Because of that I caught a bad infection around my groin area. "A prisoner claiming deliberate indifference to his medical needs in violation of the Eighth Amendment need not prove that the prison officials intended, hoped for, or desired the harm that transpired, it is enough to show that the prison officials actually knew of a substantial risk of harm to the prisoner and acted or failed to act in disregard of that risk." Walker v. Benjamin (cite as: 293 F. 3d 1030)

The psychiatrist "John Doe ⑥" is being sued for these reason. He knew that I was not a threat to any one or to my self, you can see in exhibits 3 to 7 that he himself wrote that I didn't have no abnormal behavior and that I was quiet and not complaining, and he knew I was not on discipline, and he didn't order for me to take a shower. He was deliberate indifference with me, he should know that a person who doesn't clean the body can get sick or catch a disease or an infection.

"Eighth Amendment may be implicated not only by physical injury to a prison inmate, but also by the infliction of psychological harm, and the actual extent of any physical injury, threats, or psychological injury is pertinent in proving a substantial risk of serious harm." Benefield V. McDowell (cite as. 241 F.3d 1267)

The investigator "John Doe ⑦" from Max is being sued for these reason. When he came to speak to me at Intake Center, he saw in the conditions that they had me naked just with a blanket "covering my body and I was smelling really bad, and they brought me through the hallway like that. After I explain to him what had happen, I told him to tell the c/o John Doe ④ to give me a shower but he didn't pay me no mind. And he didn't do anything for stoping them, when they sent me back to Max, not ones but twice. "The Standard for deliberate indifference under the Eighth Amendment is satisfied by something less than acts or omissions for the very purpose of causing harm or with knowledge that harm will result." Walker V. Benjamin (cite as 293 F.3d 1030)

The L.T. from Max "John Doe ⑧" is being sued for these reason. After I spoke to him, he didn't place me in protective custody, and he didn't put the guys names as my enemies, instead he told the inmates what I had said.

And that really put me in more danger. Cause now the gangs members want to get me and their saying that I am a snitch cause the L.T. John Doe⑧ "told some inmates what I said. I am entitle to compensatory damages and punitive damages.

Respectfully #82985
Angel L. Navarro