5/02/08

I Angel L. Navarro declare on this day that everything that I had wrote here is true. I am asking this Honorable Court to please not to dismiss my complaint with prejudice. I never intended to by pass the grievance procedure, but they never gave me a chance to filed an grievence, they never gave me an grievence form to begins with.

I need the discovery to get the defendants names, so I can serve them.

Directing District Court to allow discovery, of documents so as duty rosters and personal records so the plaintiff can identify the officers who beat him up. Murphy v. Kelly 950 F.2d 290, 293 5th Circuit 1992)

Copies or discriptions of old document data collections and tangible things relevant to the disputed facts alleged with particularity. Oppengeimer Form inc. v. Saders 437 U.S. at 340, 351 98 S.Ct. 2380.

I declare on this date 5/02/08 I wrote this statement.

Respectfully #82985.
Angel L. Navarro.

Now come plaintiff Angel L. Navarro, asking this Honorable Court not to dismiss my complaint with prejudice for the reasons below. I received a copy of the other motion to dismiss, and also a copy of the policy and procedure, "grievance procedure." I want the Court to please accept the argument and the evidence I sent before and the amend complaint, I will used it to defend me from this motion to dismiss. Mr. Robert McCutcheon has provide this Court with a copy of the Rhode Island Department of Corrections Policy And Procedure.

Please I would like to ask this Honorable Court to look at page 3 of the Policy and procedure, please see paragraph 4 on page 3. I want to tell this Honorable Court that those steps I took, you can see the evidence I sent this Court, I even put a request to Tony Amaral which is the counselow. But he never came to speak to me, even the % from C-mod called him, to come and see me, but he didn't show up.

I also send 4 request, one to L.T. GALLIGAN, another to Captain Headen, another one to Deputy warden, and another to James Weeden the warden. I didn't get no response from any of them. I want the court to please look at the evidence I send to this Court in two of those request I stated that I want to filed a complaint in Court, one is address to the Deputy warden and the other one to the warden not even saying that I am going to filed a complaint in Court, they came to see me or respond to my request.

I also would like for this Honorable Court to please see page 4 of the "grievance procedure". see paragraph G. I can't put grievances to doctors or medical personnel, I can't put grievance on the psychiatrist. But why if my behavior was good it was not adnormal why he didn't give me a shower or why the c/os didn't give me a shower, you can see in the exhibits 3 to 8 that my behavior was good and I was not even on discipline, and because of that the rash that I had, cause it was almost gone, it came back more strong, cause I was bleeding and pus was coming out of my wounds.

I also would like this Honorable Court, that this people deny me access to court by not providing me with the grievance form, If I didnt filed the complaint the status of limitation would off ran out. Mr. Robert McCutcheon is my witness that I didnt filed grievance because they never brought me the grievance form. Cause in this building, High Security everything has to be done via request forms. And I did followed my hand book, but I didn't get no help from no one.

Mr. James Weeden, came to C-mod on April 17, 2008 at 10:15 Am, he told a few inmates if you want an grievance form send a request to me. Why he never answer my request, when it says that I am going to file a complaint in Court. He didnt attempt to even find out what was the problem to see if he can take care of it.

I want this Honorable Court to please look at the evidence I sent to this Court, the evidence is the letter address to L.T. GALLIGAN, I told him in that letter that the gangs members want to get me, to not put me in B-Mod cause their waiting for me to hurt me. Today Friday, may 2, they put me in B-mod and all the guys that want to get me are here. I am saying this, cause if something happens to me you know that they knew it and they haven't done anything.

"to prevail on a Eighth Amendment claim "a prisoner is not required to show that he was literally ignored."
Sherrod V. Lingle, 223 F.3d 605, 611 (7th Cir. 2000)

A prison official may be held liable under the Eighth Amendment for acting with "deliberate indifference" to inmate health or safety only if he knows that inmates face a subs-tantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it"
Farmer V Brennan (cite as: 511 U.S. 825, 114 S. Ct. 1970)

"Petitioner may establish respondent's awareness by reliance on any relevant evidence." Farmer V. Brennan (cite as: 511 U.S. 825, 114 S. Ct. 1970)

"Filing of prison grievances is activity protected by the First Amendment." Davis V. Goord (cite as: 320 F.3d 346)

The Supreme Court has described the right to petition government for redress of grievances as "among the most precious of the liberties safeguarded by the Bill of Rights" see United Mine Workers V. Illinois State Bar Ass'n, 389 U.S. 217, 222, 88 S.Ct. 353, 356, 19 L.Ed. 2d 426 (1967). Moreover, the right of petition applies with equal force to a person's right to seek redress from all branches of government. See California Motor Transport, 404 U.S. at 510, 92 S.Ct. at 611-12; Haymes, 547 F.2d at 191.

In prison context, we have held that inmates must be "permitted free and uninhibited access... to both administrative and judical forums for the purpose of seeking redress of grievances against state officers. (quoting Sostre V. McGinnig. 442 F.2d 178, 200 (2d Cir. 1971) (in banc), cert. denied, 404 U.S. 1049, 92 S.Ct. 719, 30 L.Ed. 2d 740 (1972)

Thus, as the Supreme Court has noted the constitutional right of unfettered access to the courts "is indeed but one aspect of the right to petition [government for redress of grievances] California Motor Transport, 404 U.S. at 510, 92 S.Ct. at 611-12. See also, United Transportation Union V State Bar of Michigan, 401 U.S. 576, 585, 91 S.Ct. 1076, 1082, 28 L.Ed.2d 339 (1971)

I am entitle for compensatory damages and punitive damages.

Respectfully #82985.
Angel L. Navarro.