Angel Navarro 6/18/08

V.

A.T. WALL, James Weeden,
ET. AL

C.A. No. 08-012ML

Now comes the Plaintiff Angel L. Navarro asking this Honorable Court, for a motion to Compell with the discovery so I can serve the defendants. I just want the names of all the defendants so I can proceed with the lawsuit. The date's are in the complaint, I want the name of the brass who put me in segregation on April 3 2005 at Second shift, when I came back from R-I hospital it was a Sunday. And also the names of the other defendants so we can start the case. Under Rule 26, Federal Rules of Civil Procedure.

Respectfully

Angel L. Navarro 82985
H.S.C. P.O. Box 8200
Cranston, R.I. 02920.