UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANGEL NAVARRO

V. C. A. NO. 08-012 ML

A. T. WALL, ET AL

DEFENDANTS' WALL AND WEEDEN'S
OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now come Defendants Wall and Weeden and hereby object to Plaintiff's motion to compel discovery as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By Their Attorney,

/S/ Michael B. Grant

______________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 24th day of June, 2008, I mailed a true copy of the within Defendants' Objection To Plaintiff's Motion for discovery and accompanying Memorandum to Angel Navarro, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant
______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANGEL NAVARRO

V. C. A. NO. 08-012 ML

A. T. WALL, ET AL

MEMORANDUM

Plaintiff has filed a motion to compel discovery with this Court. However, Plaintiff has failed to propound interrogatories or requests for production of documents on either defendant. The Defendants have not failed to make disclosures in response to discovery requests, as per Fed. R. Civ. P 37(a), and thus Defendants urge that Plaintiff's motion should be denied.

Defendants Wall and Weeden have filed a motion to dismiss with this Court on the basis that dismissal is warranted in light of total lack of factual allegations asserted against them. Accordingly, Defendants urge that the instant motion be denied.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864