UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Angel Navarro

v.  C.A. 08-12ML

Ashbel T. Wall, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on October 21, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendants' Motion for Summary Judgment is hereby GRANTED and the action is dismissed in its entirety.

BY ORDER:

_Mary M. Lisi_
Mary M. Lisi
Chief U.S. District Judge
November 12, 2008

Entered as an Order of this Court on November 12, 2008

_Barbara Bartletta_
Deputy Clerk